UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aman S., <br><br> Plaintiff, <br><br> v. <br><br> Kilolo Kijakazi, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.:  3:23-cv-363-BAS-BGS <br><br> **ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |

Based upon the Joint Motion for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), the Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $986.79 and $402.00 in costs. Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). Any EAJA fees should therefore be awarded to Plaintiff and not to Plaintiff's attorney.  If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned his right to EAJA fees to his attorney; (2) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program,

and (3) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

Plaintiff is hereby awarded costs in the amount of $402. Cost may be paid via check or electronic funds transfer.

**IT IS SO ORDERED**.

Dated: May 26, 2023

Hon. Bernard G. Skomal
United States Magistrate Judge